**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 21-1036**

_____

DARYL A. GREEN,

       Debtor - Appellant,

     v.

PRINCE GEORGE'S COUNTY OFFICE OF CHILD SUPPORT
ENFORCEMENT; PRINCE GEORGE'S COUNTY MUNICIPAL
CORPORATION,

       Creditors - Appellees,

    and

TIMOTHY P. BRANIGAN,

       Trustee.

_____

**No. 21-1047**

_____

DARYL ANTHONY GREEN,

       Debtor - Appellant,

     v.

PRINCE GEORGE'S COUNTY OFFICE OF CHILD SUPPORT,

       Creditor - Appellee,

    and

TIMOTHY P. BRANIGAN,

Trustee.

---

**No. 21-1048**

---

DARYL ANTHONY GREEN,

Debtor - Appellant,

v.

PRINCE GEORGE'S COUNTY OFFICE OF CHILD SUPPORT,

Creditor - Appellee,

and

TIMOTHY P. BRANIGAN,

Trustee.

---

Appeals from the United States District Court for the District of Maryland, at Greenbelt. Theodore D. Chuang, District Judge. (8:20-cv-01201-TDC; 8:19-cv-03449-TDC; 8:20-cv-01765-TDC)

---

Submitted: July 20, 2021                                    Decided: July 22, 2021

---

Before WILKINSON, AGEE, and DIAZ, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

2

Daryl A. Green, Appellant Pro Se. Karen Hess Rohrbaugh, Assistant Attorney General, OFFICE OF THE ATTORNEY GENERAL OF MARYLAND, Baltimore, Maryland, for Appellees.

———————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

In these consolidated appeals, Daryl A. Green appeals from the district court's order dismissing for lack of jurisdiction his separate appeals from the bankruptcy court's orders: (1) denying without prejudice his motion to compel discovery (No. 21-1036); (2) denying his motion to dismiss the Creditor's proof of claim (No. 21-1047); and (3) denying his motion to dismiss the Creditor's motion to dismiss his bankruptcy case (No. 21-1048). We have reviewed the records and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Green v. Prince George's Cnty. Ofc. of Child Support Enf't*, Nos. 8:20-cv-01201-TDC, 8:19-cv-3449-TDC, 8:20-cv-01765-TDC (D. Md. Dec. 23, 2020). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*